IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| WANDA Y. GOODMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:16-cv-02780 |
|  | ) | Judge Trauger |
| UPA AND A.J. l/n/u *Warehouse Employee*, ET AL., | ) | |
| Defendant. | ) | |

**O R D E R**

On February 28, 2017, the Magistrate Judge issued a Report and Recommendation (DE #11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice for failure to obtain service of process as required by Federal Rule of Civil Procedure 4m.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 23rd day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge